# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

NOV 2 1 2001

| | |
|---|---|
| In Re:<br>VOLUNTARY PURCHASING<br>GROUPS INC. LITIGATION | § <br>§ <br>§    Civil Action No 3:96-CV-1927-H<br>§    Civil Action No 3:96-CV-1929-H<br>§    Civil Action No. 3:96-CV-2985-H<br>§    Civil Action No. 3:96-CV-2993-H<br>§    Civil Action No. 3:96-CV-3057-H<br>§    Civil Action No. 3:96-CV-3092-H<br>§    Civil Action No. 3:96-CV-3093-H<br>§    Civil Action No. 3:96-CV-3094-H<br>§    Civil Action No. 3:96-CV-3096-H<br>§    Civil Action No. 3:96-CV-3097-H<br>§    Civil Action No. 3:96-CV-3098-H<br>§    Civil Action No. 3:97-CV-0052-H<br>§    Civil Action No. 3:97-CV-0055-H<br>§    Civil Action No. 3:97-CV-1185-H |

## SECOND AMENDED COMPLAINT BY YOUNGDAHL & SADIN, P.C.

TO THE HONORABLE COURT:

COME NOW the Plaintiffs named in the following Civil Complaints and file this Second Amended Complaint:

1.    Civil No. 3:96-CV-3095-H (James Adams)

2.    Civil No. 3:96-CV-3097-H (J.D. Atkins)

3.    Civil No. 3:96-CV-3092-H (Burnett)

4.    Civil No. 3:96-CV-3093-H (Goodson)

5.    Civil No. 3:96-CV-3094-H (Shaw)

6.    Civil No. 3:96-CV-3096-H (Velazquez)

Page 1

Pursuant to Court Order, plaintiffs in these actions are retaining all claims and causes

of actions contained in their previously filed complaints and add all claims formerly held by

VPG as against ASARCO, which were assigned to the plaintiffs complaining herein.  These

claims are ASARCO and American Smelting's contribution to VPG set forth in Civil Action

No. 3-94-CV2477-H (now assigned to Plaintiffs) for response cost incurred by VPG at the

Commerce site.

The Plaintiffs request that a jury be convened, when applicable, to try the factual issues

in this causes, and the Court determine the scope of CERCLA responsibility, including the

determination of joint and several liability, and each liable party's fairly allocated share of

costs incurred and to be incurred.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs respectfully pray that

upon trial of this cause, this Honorable Court enter judgment for Plaintiff against Defendants

for the damages and relief requested herein.

Respectfully Submitted,

Shane Charles Youtz
Jay Thomas Youngdahl
SBOT # 22223800
YOUNGDAHL & SADIN, P.C.
9621 4th Street NW,
Albuquerque, NM 87114
(505) 792-8500
211 E. Parkwood, Ste 207
Friendswood, TX 77546
(281)992-2617

November 21, 2001

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument Second Amended Complaint by Youngdahl & Sadin, P.C., was sent to the fore-mentioned list via regular U.S. Mail on this 21th day of November, 2001.

Shane Youtz
Provost Umphrey, LLP
Youngdahl & Sadin, P.C
9621 Fourth Street, NW
Albuquerque, NM 87114
(505) 792-8500

# Service list

Frederick W. Addison, III
Locke Purnell Rain Harrell, P.C.
2200 Ross Ave., Suite 2200
Dallas, TX 75201-6776

Earl B. Austin
Baker & Botts, L.L.P.
2001 Ross Ave. Suite 700
Dallas, TX 75201-2916

Allen Eli Bell
Bernsen, Jamail & Goodson
L.L.P.
823 Congress, Suite 706
Austin, TX 78701

Louis P. Bickel
Akin Gump Strauss Hauer
&Feld
1700 Pacific Avenue
4100 First City Center
Dallas, TX 75201

Kenneth P. Bonner, Jr.
Boyle & Bonner, P.C.
2601 Ridgemar Plaza, Suite 203
Fort Worth, TX 76116

Russell Brooks
2515 Washington Street
Greenville, TX 74503

Kirk W. Brown , Ph.D.
WYE Holdings, Inc.
12684 Hunters Creek Rd
College Station, TX 77845

Carl D Bryan
Bryan & Mattison
315 Jefferson Street
P.O. Box 1007
Sulphur Springs, TX 75483

Jon B. Burmeister
Moore Landrey Garth Jones,
et al
390 Park St., Suite 500
Beaumont, TX 77701

Michael Wright
Winstead Sechrest & Minick
1201 Elm Street #5400
Dallas, TX 75270

H. Chris Christy
Jones & Granger
1911 Main
Little Rock, AR 72114

R. Christopher Cowan
Law Offices of Windle Turley,
P.C.
6440 N Central Expwy, Suite
1000
Dallas, TX 75206-4101

Harold F. Curtis, Jr.
2708 Washington Street
P.O. Box 1256
Greenville, TX 75403

Mark G. Cypert
Hardy & Johns L.L.P.
909 Fannin @ McKinney, Suite
500
Houston, TX 77010-1095

Richard G. Dafoe
Vial Hamilton Koch & Knox
1717 Main St., Suite 4400
Dallas, TX 75201

Rowena Jenkins Daniels
7610 N Stemmons FWY
Ste: 190
Dallas, TX 75247

Daniel J. Davis
Winstead Sechrest & Minick,
P.C.
1201 Elm St., Suite 5400
Dallas, TX 75270

John M. Deakle, P.A.
P.O. Box 2072
Hattiesburg, MS 39403

Leela Fireside
Nancy Olinger
Assistant Attorney General
TNRCC
P.O. Box 12548
Austin, TX 78711

Timothy M. Fults
Timothy M. Fults, Attorney at
Law
5956 Sherry Lane, Suite 800
Dallas, TX 75225

Kenneth Gardner
Susman Godfrey L.L.P.
901 Main Street, Suite 4100
Dallas, TX 75202-3775

Robert E. Garner
Garner, Lovell & Stein, P.C.
500 S. Taylor, LB 233
Amarillo, TX 79101-2552

Jeffrey S. George
Hogan & Hartson L.L.P.
Two N. Cascade Ave., Suite
1300
Colorado Springs, CO 80903

Smith E. Gilley
P.O. Box 983
Greenville, TX 75403-0983

Holly H. Gotcher
Morgan & Gotcher
P.O. Box 556
Greenville, TX 75403-0556

Jim Graves
Mehaffey & Weber
P.O. Box 16
Beaumont, TX 77704

Jay K. Gray
Noteboom & Gray
669 Airport Fwy, Suite 100
Hurst, TX 76053

1

Larry W. Green
Pemberton, Green, Newcomb &
Weis
2507 Washington Street
P.O. Box 765
Greenville, TX 75403-0765

Lynn A. Grisham
Waltman & Grisham
707 Texas Ave., Suite 106D
College Station, TX 77840

Joseph F. Guida
Guida, Slavich & Flores, P.C.
5949 Sherry Lane, Suite 1150
Dallas, TX 75225

Robert Haslam
555 South Summit
Fort Worth, TX 76106

James A. Hourrihan
Hogan & Hartson L.L.P.
555 13th St., N.W.
Washington, D.C. 20004-1109

Douglas R. Hudman
210 W. 6th St., Suite 1406
Fort Worth, TX 76102

Ronald J. Johnson
105 S. St. Mary's St., Suite 850
San Antonio, TX 78205-2805

R.F. Claxton
Claxton & Hill, PLLC
700 McKinney Place
3131 McKinney Ave., LB 103
Dallas, TX 75204

Daniel O. Goforth
Goforth, Lewis & Williams
1111 Bagby, Suite 2200
Houston, TX 77002

Neal S. Manne
Susman Godfrey L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX 77002-5096

Dan Meeham
400 N. Center
Bonham, TX 75418

Randy J. McClanahan
McClanahan & Clearman L.L.P.
700 Louisiana, Suite 4130
Houston, TX 77002

Edward J. McGrath
Holme Roberts & Owen
1700 Lincoln, Suite 4100
Denver, CO 80203

Mike McKool
Jeffrey A. Carter
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Tx 75201

Patrick Kelley
Ireland Carroll & Kelley, P. C.
6101 S. Broadway, Suite 500
Tyler, TX 75703

Donald A. Parks
P.O. Box 8484
Greenville, TX 75404-8484

J. Hoke Peacock II
Orgain, Bell & Tucker, L.L.P
400 Orleans St.
Beaumont, TX 77701

Patrick W. Pendley
Patrick W. Pendley, Attorney at Law
P.O. Drawer 71
Plaquemine, LA 70765-0071

Tom B. Renfro
McLean Sanders, P.C.
100 Main St., Suite 200
Fort Worth, TX 76102

Shelly Sanford
Bernsen Jamail & Goodson,
L.L.P.
440 Louisiana St., Suite 2300
Houston, TX 77002

Ed Smith
P.O. Box 128
Bonham, TX 75418

Jeff L. Thomas
P.O. Box 4
Greenville, TX 75403-0004

Noble D. Walker, Jr.
P.O. Box 435
Greenville, TX 75403-0435

Lynette R. Warman
Gregory Hesse
Jenkins & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799

Peter Boyd Wells III
Wells, Peyton, Beard
Greenberg, et al.
P.O. Box 3708
Beaumont, TX 77704-3708

David R. Weiner
3102 Oak Lawn, Suite 600
Dallas, TX 75219

Paul E. Galvin
Law Office of P.E. Galvin
2311 Cedar Springs Rd #250
Dallas, TX 75201

Robert Crotty
Crotty & Johansen, LLP
2311 Cedar Springs Rd. #250
Dallas, TX 75201

2

Richard A. Sayles
Sayles & Lidji, P.C.
1201 Elm Street, suite 4400
Dallas, TX 75270

Michelle Mendez
Bell, Nunnally
3232 McKinney Ave., # 1400
Dallas, TX 75204-2429

Cooper & Scully
R. Doug Rees
900 Jackson Street
Suite 100
Dallas, TX 75202

3